Brett H. Ramsaur, Bar No. 281566
Kelly A. Ramsaur, Bar No. 231542
RAMSAUR LAW OFFICE
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone:    949.200.9114
Facsimile:    949.222.3453
Email:    brett@ramsaurlaw.com
    kelly@ramsaurlaw.com

Attorneys for Rodger Oye, The Owens Trust #279,
Vecchio Real Estate Corporation, and John Rampello

FILED & ENTERED

MAR 27 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:22-bk-11359-TA |
| MASSOUD HAJNABI, | Chapter 13 |
| Debtor. | Adv. No. 8:22-ap-01095-TA |
| MASSOUD HAJNABI, | **ORDER RE ABSTENTION AS TO THE REMAINING DEFENDANTS** |
| Plaintiffs, | Date:    February 29, 2024<br>Time:    2:00 p.m.<br>Ctrm.:    5B |
| v. | |
| RODGER OYE; THE OWENS TRUST #279; VECCHIO REAL ESTATE CORPORATION; JOHN RAMPELLO; U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS COLLATERAL TRUST TRUSTEE OF FIRST KEY MASTER FUNDING 2021-A COLLATERAL TRUST; SELECT PORTFOLIO SERVICING INC.; AND NATIONAL DEFAULT SERVICING CORPORATION, | |
| Defendants. | |

ORDER RE: ABSTENTION

At the above-referenced date and time, the Court held (1) a hearing on the *Motion for Summary Judgment or, in the Alternative, Summary Adjudication* (the "MSJ") filed by plaintiff Massoud Hajnabi on January 2, 2024 (docket no. 98); and (2) a continued hearing on the *Motion to Dismiss First Amended Complaint for Violation of the Automatic Stay 11 U.S.C. § 362, Declaratory Relief, Injunctive Relief* (the "Motion to Dismiss") filed by defendant U.S. Bank Trust National Association, not in its individual capacity but solely as collateral trust trustee of First Key Master Funding 2021-A Collateral Trust and Select Portfolio Servicing, Inc. on January 4, 2024 (docket no. 104) which motion was joined by the remaining defendants to this action. All appearances were entered on the record. In anticipation of the hearings on both the MSJ and the Motion to Dismiss, the Court issued a tentative ruling. A true and correct copy of the tentative ruling has been filed as Docket no. 137.

Having considered the MSJ and Motion to Dismiss and related pleadings, the record in this case, the pleadings and papers filed by the parties to this adversary, the arguments of counsel, and good cause appearing,

**IT IS ORDERED** that, for the reasons stated in the tentative ruling, which the Court adopts as its final ruling, the Court abstains from hearing the case as to all remaining defendants.

**IT IS FURTHER ORDERED** that the Court's ruling encompasses only that of abstention, and the Court makes no factual or legal determinations as it relates to the MSJ.

###

Date: March 27, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge

- 2 -    ORDER RE: ABSTENTION